UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK FOOR, | ) | No. ED CV 10-00836-VBK |
|         Plaintiff, | ) ) ) | JUDGMENT |
|    v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
|         Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: September 16, 2011

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE